# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ____ D.C.
05 MAY 12 PM 1:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

United States of America

v.

Tavaris Boothe                           Case No.  05-20055-D

### ORDER SPECIFYING PERIOD OF EXCLUDABLE DELAY
### UNDER THE SPEEDY TRIAL ACT

The defendant has notified the Court that he is attempting to obtain private counsel to represent him in this action. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay while attempting to obtain private counsel.

IT IS THEREFORE ORDERED that the time period of 05/04/05 through 05/18/05 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is attempting to obtain private counsel.

This ___10th___ day of May, 2005.

_____S. Thomas Anderson_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or Rule 32(b) FRCrP on  5-16-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20055 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT