IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 2: 12

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.  Cr. No. 05-20055-D

TAVARIS BOOTHE

## ORDER SPECIFYING PERIOD OF DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Counsel for the defendant, via telephone, requested a week's continuance of this matter as final arrangements for retention have just been completed, and counsel must explore a potential conflict with the defendant's new indictment. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(8)(B)(iv), a defendant may be granted a period of excludable delay to allow continuity of counsel.

IT IS THEREFORE ORDERED that the time period of June 1, 2005 through June 8, 2005 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, to allow the defendant continuity of counsel.

**ARRAIGNMENT IS RESET TO WEDNESDAY, June 8, 2005 at 9:30 a.m. BEFORE MAGISTRATE JUDGE TU M. PHAM.**

S. Thomas Anderson
U.S. Magistrate Judge

Date: June 02, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:05-CR-20055 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT