IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -8 PM 4: 12

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| VS. | CR. NO. 05-20055-Ma |
| TAVARIS BOOTHE | |
| Defendant. | |

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

This cause came on for a report date on June 30, 2005. At that time, counsel for the defendant requested a continuance of the July 5, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to August 1, 2005 with a **report date of Friday, July 22, 2005, at 2:00 p.m.**, in Courtroom 2, 11th Floor of the Federal Building, Memphis, TN.

The period from June 30, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this __8__ day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-13-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20055 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT