IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> vs.  )  <br> )  <br> TAVARIS BOOTHE,  )  <br> )  <br> Defendant.  ) | CR. NO. 05-20055-01-Ma <br> 05-20177-04-Ma |

---

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

---

This cause came on for a report date on July 26, 2005. Counsel for the defendant requested a continuance of the present trial date of August 1, 2005 in order to allow for additional preparation in the case.

The Court granted the request and continued the trial date to October 3, 2005 at 9:30 a.m., with a **report date of Friday, September 23, 2005 at 2:00 p.m.**

The period from August 12, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this  26th  day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:05-CR-20055 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT