FILED BY _____ D.C.

05 DEC 19 PM 3:42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
           Plaintiff,             )
                                  )
vs.                               )    CR. NO. 05-20055-Ma
                                  )
TAVARIS BOOTHE,                   )
                                  )
           Defendant.             )

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on November 23, 2005. Defense requested a continuance of the trial date in order to allow for additional time to prepare.

The Court granted the request and continued the trial to the rotation docket beginning Tuesday, January 3, 2006 at 9:30 a.m. with a report date of Friday, December 23, 2005 at 2:00 p.m.

The period from November 23, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this _19th_ day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-29-05_

40



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20055 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Marvin E. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT